# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD CRAIG, | ) | Case No. CV 14-3256 SVW (JCG) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| M.E. SPEARMAN, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: May 20, 2014

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE